KEM:ns

**05-22**

**CIV-ALTONAGA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE
TURNOFF

CASE NO.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE 30' GO-FAST VESSEL
REGISTERED AS FL 5342 EA
AND INVENTORY,

    Defendant.
_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, hereby files this civil complaint for forfeiture in rem and states as follows:

1. This is a civil action for forfeiture in rem of one 30' go-fast vessel registered as FL 5342 EA and inventory.

2. Forfeiture of the defendant vessel is sought pursuant to 8 U.S.C. § 1324(b) for alien smuggling in violation of 8 U.S.C. § 1324(a).

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345, 1355 and 2461.

4. Venue lies in the Southern District of Florida pursuant to 28 U.S.C. §1395(b) as the defendant vessel is located within the Southern District of Florida and will remain within the district during the pendency of this action or until further order of the Court.

## FACTS

1. On April 30, 2005, Enrique Herrera, Vladimer Lopez, and Ariel Aguado were encountered by agents of Immigration & Customs Enforcement while launching the defendant vessel from Crandon Park Marina in Miami.

2. Upon questioning, the men stated that they were going fishing. Agents noted that the boat carried seven rods and reels but no fishing tackle, bait, or other gear normally used in fishing.

3. The boat also carried excess fuel: 200 gallons in the tank and two 55 gallon containers that were stored in a compartment. Upon questioning, Herrera stated that he had not had the boat long and was testing the engines to see how much fuel they needed.

4. Further investigation showed that the three men had put the following supplies on the defendant vessel: 21 bottles of sports drinks, 43 cans of soda, 15 cans of meat spread, 10 bags of crackers and chips, two sleeves of plastic cups, three boxes of motion sickness pills, and 10 life vests.

5. Two Global Positioning System units (GPS) were found aboard the vessel. One of them showed (1) a trip to Cuba on April 23, 2005, one week prior to the instant encounter, and (2) fifteen stored waypoints, five located on the northern coast of Santa Clara province in Cuba, five in the Cay Sal Banks, and five in south Florida. The second GPS contained two waypoints in the Cay Sal Banks. The Cay Sal Banks are located between Florida and Cuba.

6. Administrative forfeiture proceedings against the defendant vessel were initiated and notice of the administrative forfeiture was sent to all known interested parties.

7. Enrique Herrera subsequently filed a claim and requested that the matter be referred to the United States Attorney's Office for judicial forfeiture proceedings.

## COMPLAINT FOR FORFEITURE

10. The defendant has been used and was being used in the commission of a violation of 8 U.S.C. § 1324(a), that is, smuggling or attempting to smuggle aliens into the United States in violation of law, and is therefore subject to forfeiture to the United States of America pursuant to 8 U.S.C. § 1324(b), as amended by the Civil Asset Forfeiture Reform Act of 2000.

WHEREFORE, plaintiff, the United States of America, requests that due process issue to bring the defendant within the jurisdiction of this Court by warrant of arrest in rem; that the Court direct any and all persons having any claim to the defendant to file and serve their Verified Claim and Answer as required by 18 U.S.C. § 983(a)(4) and the Supplemental Rules for Certain Admiralty and Maritime Claims, or suffer default thereof; that the defendant be condemned and forfeited to the United States of America; that an order for disposal of defendant be issued according to law; and that the Plaintiff be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
KAREN E. MOORE
ASSISTANT U.S. ATTORNEY
COURT NO. A5500043
99 NE FOURTH STREET
MIAMI, FLORIDA 33132-2111
TEL: (305) 961-9030
FAX: (305) 536-4089
Karen.Moore@usdoj.gov

3

## **VERIFICATION**

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury, that I have read the foregoing Complaint for Forfeiture In Rem and state that the facts alleged therein are true and correct to the best of my knowledge and belief.

Executed this 27th day of September, 2005.

*[signature]*
CHRISTOPHER CICCIONE
IMMIGRATION & CUSTOMS ENFORCEMENT

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

05-22590
CIV-ALTONAGA

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ONE 30' GO-FAST VESSEL REGISTERED AS FL 5342 EA AND INVENTORY,

MAGISTRATE JUDGE
TURNOFF

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

04dcrcv/22590/Altonaga/Turnoff

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Miami
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Karen E. Moore, AUSA
99 NE Fourth Street
(305) 961-9030

ATTORNEYS (IF KNOWN)

(d) CHECK COUNTY WHERE ACTION AROSE: ☒ DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | A PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / PERSONAL PROPERTY ☐ 370 Other Fraud | ☐■ Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS / PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / B☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment / HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / B☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | B☐ 550 Civil Rights / B☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions A OR B |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Forfeiture of vessel used in alien smuggling under 8 U.S.C. § 1324

LENGTH OF TRIAL
via 3 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                                                      DOCKET NUMBER

DATE                          SIGNATURE OF ATTORNEY OF RECORD
Karen E. Moore, AUSA          [signature]

FOR OFFICE USE ONLY

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

This form was electronically produced by Elite Federal Forms, Inc