KEM:ns

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

05-22590
CIV-ALTONAGA

MAGISTRATE JUDGE
TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

ONE 30' GO-FAST VESSEL
REGISTERED AS FL 5342 E
AND INVENTORY,

    Defendant.
_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ____ Yes __✓__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes __✓__ No

3. Did this case originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes __✓__ No

                                                    Respectfully submitted,

                                                    R. ALEXANDER ACOSTA
                                                    UNITED STATES ATTORNEY

BY: _____
                                                    KAREN E. MOORE
                                                    ASSISTANT U.S. ATTORNEY
                                                    COURT NO. A5500043
                                                    99 NE 4TH STREET, 7TH FLOOR
                                                    MIAMI, FLORIDA 33132-2111
                                                    TEL: (305) 961-9030
                                                    FAX: (305) 536-4089
                                                    Karen.Moore@usdoj.gov