KEM:ns

05-22590

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA ALTONAGA

CASE NO.

UNITED STATES OF AMERICA,

MAGISTRATE JUDGE
TURNOFF

Plaintiff,



FILED by ____ D.C.

NOV 29 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

vs.

ONE 30' GO-FAST VESSEL
REGISTERED AS FL 5342 EA
AND INVENTORY,

Defendant.
_____/

## ORDER DIRECTING THE ISSUANCE
## OF THE WARRANT OF ARREST OR SUMMONS

Pursuant to Supplemental Rule (C)(3) and Local Admiralty Rule C(2)(a), this Court finds that probable cause exists for an action <u>in rem</u> and the Clerk is hereby directed to issue a warrant of arrest and/or summons in the above-styled action.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this 28 day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc:   AUSA Karen E. Moore (1 certified copy)