IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISCELLANEOUS NO. 0522590-CIV-ALTONAGA

2005 DEC -5 PM 2: 08

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

IN RE: THE SEIZURE OF ONE 1980 30'
HOMEMADE VESSEL REGISTERED
AS FL 5342 EA WITH TRAILER AND
INVENTORY,

_____ /

## ANSWER TO VERIFIED COMPLAINT FOR JUDGEMENT OF FOREFEITURE AND AFFIRMITUVE DEFENSES

Claimant, Enrique Herrera, hereby files his answer and affirmative defenses to the Complaint for Judgment of Forfeiture:

1. Admitted

2. Admitted

3. Admitted

4. Admitted

10. Denied

### AFFIRMITIVE DEFENSES AND STATEMENT OF PROPERTY INTEREST

1. Claimant is the owner of one 1980 30' homemade vessel registered as FL 5342 EA with trailer and inventory.

2. Claimant denies any involvement in alien smuggling.

3. Claimant is an innocent owner of. one 1980 30' homemade vessel registered as FL 5342 EA with trailer and inventory.

**WHEREFORE,** the Claimant respectfully respectfully requests that this Court deny the petition for judgment of forfeiture as to the 1980 30' homemade vessel registered as FL 5342 EA with trailer and inventory and enter an order immediately returning the vessel to defendant.

Respectfully submitted,

**THE LAW OFFICES OF
STEVEN E. AMSTER P.A.**
100 North Biscayne Blvd. Suite 1100
Miami, FL 33132
Tel: (305) 371-2455

**STEVEN E. AMSTER, ESQ.**
FLORIDA BAR NO. 005738