

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| Plaintiff | Court Case Number |
|---|---|
| UNITED STATES OF AMERICA | 05-22590-CIV-ALTONAGA |
| Defendant | Type of Process |
| ONE 30' GO-FAST VESSEL REGISTERED AS FL 5342EA | VERIFIED COMPLAINT AND WARRANT OF ARREST |

| SERVE AT | Name of Individual, Company, Corporation, ETC. To Serve or Description of Property to Seize |
|---|---|
| | One 30' Go-Fast Vessel Registered as FL 5342 EA and Inventory |
| | Address (Street or RFD, Apartment No., City, State and Zip Code) |
| | US Customs & Border Protection, FP & F, Miami, Florida |

| Send Notice of Service Copy to Requester at Name and Address | | |
|---|---|---|
| Karen E. Moore, AUSA<br>United States Attorney's Office<br>99 NE Fourth Street<br>Miami, Florida 33132 | Number of Process to be Served in this Case. | 1 |
| | Number of Parties to be Served in this Case. | 1 |
| | Check Box if Service is on USA | X |

Special Instructions or Other Information That Will Assist in Expediting Service (Includes Business and Alternate Address, Phone # and Est.Times Available for Service):

Seizure # 2005-5201-000332-01

| Signature of Attorney or Other Originator Requesting Service on Behalf of | ☑ Plaintiff:<br>☐ Defendant: | Telephone No.<br>(305) 961-9030 | Date |

SIGNATURE & DATE OF PERSON ACCEPTING PROCESS:

121305

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated | District of Origin No. | District to Serve No. | Signature of Authorized Treasury Agency Office. | Date |
|---|---|---|---|---|
| | 4 | 4 | | 12/20/5 |

I Hereby Certify and Return That ☐ Personally served ☐ Have Legal Evidence of Service ☐ Have Executed as Shown in "Remarks" the Process Described on the Individual, Company, Corporation, etc. at the Address Shown Above or at the Address Inserted Below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| Name & Title of Individual Served if Not Shown Above: | ☐ A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Wilson Nieves, Seized Property Specialist | | |
| Address: Complete only if different than shown above: | Date of Service | Time of Service |
| U.S. Customs and Border Protection<br>6601 N.W 25th. Street<br>Miami, Fl 33152 | 12/20/05 | 11:30 |
| | Signature, Title and Treasury Agency<br>SAS/CBP | |

REMARKS:

Served Verified Complaint and Warrant of Arrest on seizure#2005-5201-000332/01 30'GO-Fast Vessel, FL5342 W/Inventory.

TD F 90-22.48 (6/96)