KEM:ns



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-22590-CIV-LENARD/KLEIN

UNITED STATES OF AMERICA

     Plaintiff,

v.

ONE 30' GO-FAST VESSEL
REGISTERED AS FL 5342
EA AND INVENTORY,

     Defendant.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

     Undersigned counsel for the United States of America hereby certifies that the following is a complete list of persons and entities, known to the United States, who have an interest in the outcome of this case:

    (1)    The U.S. Attorney's Office for Southern District of Florida

    (2)    Steven Amster, Esquire

    (3)    Enrique Herrera, Claimant

Respectfully     submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY:  _____

KAREN E. MOORE
ASSISTANT U.S. ATTORNEY
COURT NO. A5500043
99 NE 4TH STREET, 7TH FLOOR
MIAMI, FLORIDA 33132-2111
TEL:  (305) 961-9030
FAX:  (305) 536-4089
Karen.Moore@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by U.S. mail

this ⟋3 day of January, 2005, to Steven E. Amster, Esquire, 100 North Biscayne Boulevard, Suite

1100, Miami, Florida 33132

_____

KAREN E. MOORE
Assistant U.S. Attorney