KEM:ns

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22590-CIV-ALTONAGA

UNITED STATES OF AMERICA

    Plaintiff,

v.

ONE 30' GO-FAST VESSEL
REGISTERED AS FL 5342 EA
AND INVENTORY,

    Defendant.
_____/



NIGHT BOX
FILED
JAN 17 2006

## PROOF OF PUBLICATION

The United States gives Notice of filing the attached Proof of Publication of Notice of Action and Arrest.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Date: 1/17/06

BY: _____
KAREN E. MOORE
ASSISTANT U.S. ATTORNEY
COURT NO. A5500043
99 NE 4TH STREET
MIAMI, FL 33132
TEL (305) 961-9030
FAX (305) 536-4089
Karen.Moore@usdoj.gov

# MIAMI DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Miami, Miami-Dade County, Florida

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE:**

Before the undersigned authority personally appeared SOOKIE WILLIAMS, who on oath says that he or she is the VICE PRESIDENT, Legal Notices of the Miami Daily Business Review f/k/a Miami Review, a daily (except Saturday, Sunday and Legal Holidays) newspaper, published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

05-22590 CIV-ALTONAGA
PUBLIC NOTICE OF ACTION AND ARREST - UNITED STATES OF AMERICA VS. ONE 30' GO-FAST VESSEL REGISTERED AS FL 5342 EA

in the  U.S. DISTRICT       Court,
was published in said newspaper in the issues of

01/03/2006

Affiant further says that the said Miami Daily Business Review is a newspaper published at Miami in said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida, each day (except Saturday, Sunday and Legal Holidays) and has been entered as second class mail matter at the post office in Miami in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this

03   day of JANUARY                , A.D. 2006

(SEAL)
SOOKIE WILLIAMS personally known to me

Maria I. Mesa
My Commission DD293855
Expires March 04, 2008

---

**PUBLIC NOTICE OF ACTION AND ARREST**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-22590-CIV-ALTONAGA

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ONE 30' GO-FAST VESSEL REGISTERED AS FL 5342 EA AND INVENTORY,
Defendant.

The U.S. Customs & Border Protection for the Southern District of Florida has seized the above-described property on December 20, 2005, pursuant to a Verified Complaint for Forfeiture In Rem and a Warrant of Arrest In Rem issued by the Clerk of the Court in accordance with Rule C(3), Supplemental Rules for Certain Admiralty and Maritime Claims, as made applicable to this case by 28 U.S.C. § 2461(b) and Local Admiralty Rule C(2). The Complaint charges the defendant, ONE 30' GO-FAST VESSEL, REGISTERED AS FL 5342 EA AND INVENTORY, with a federal statutory violation and seeks its forfeiture to the United States.

All persons claiming an interest in the above-named property shall file a claim with the Court, pursuant to 18 U.S.C. § 983(a)(4) and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, within thirty (30) days from the date of service of the Government's complaint or, as applicable, within thirty (30) days of the final publication of this notice, and shall serve and file their answers within twenty (20) days after the filing of the claim. All such claims and answers must be filed with the Office of the Clerk, United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128, with a copy thereof sent to the Assistant United States Attorney whose name and address is listed below; or default and forfeiture to the United States of America will be ordered.

Respectfully submitted,
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
KAREN E. MOORE
ASSISTANT U.S. ATTORNEY
COURT NO. A5500043
99 NE 4TH STREET
MIAMI, FL 33132-2111
TEL (305) 961-9030
FAX (305) 536-4089
Karen.Moore@usdoj.gov

1/3                    06-4-13/623282M