KEM:ns

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22590-CIV-ALTONAGA

UNITED STATES OF AMERICA

   Plaintiff,

v.

ONE 30' GO-FAST VESSEL
REGISTERED AS FL 5342
AND INVENTORY,

   Defendant.
_____/

## MOTION FOR RECONSIDERATION
## OF ORDER REFERRING CASE TO MEDIATION

  Plaintiff, United States of America, hereby files this Motion for Reconsideration of the Court's January 19, 2006 Order of referral to mediation, and as grounds therefor states:

  1. On January 19, 2006, the Court entered an Order in which it referred this case to mediation and instructed the parties to agree upon a mediator and commence mediation under Rule 16.

  2. Pursuant to Local Rule 16.2(C)(5), civil forfeiture matters are specifically exempted from the operation of the mediation rule. See S.D. Fla. L.R. 16.2(C)(5).

  3. Further, Local Rule 16.2.D.4 provides that any civil action or claim referred to mediation may be exempt or withdrawn from mediation by the presiding judge at any time, before or after reference, upon application of a party and/or determination for any reason that the case is not suitable for mediation. See L.R. Fla. L.R. 16.2.D.4.



4. Government counsel has conferred with Mr. Amster who has advised us that he does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court reconsider its Order directing referral of this case to mediation and vacate that part of the order directing referral.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
KAREN E. MOORE
Assistant U.S. Attorney
Court No. A5500043
99 NE 4th Street
Miami, Florida 33132
Tel. (305) 961-9030
Fax: (305) 536-4089
E-mail:Karen.Moore@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25 day of January, 2006 to: Steven E. Amster, Esquire, 100 North Biscayne Boulevard, Suite 1100, Miami, Florida 33132.

_____
KAREN E. MOORE
Assistant U.S. Attorney

KEM:ns

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22590-CIV-ALTONAGA

UNITED STATES OF AMERICA

    Plaintiff,

v.

ONE 30' GO-FAST VESSEL
REGISTERED AS FL 5342
AND INVENTORY,

    Defendant.
_____/

## ORDER

Upon motion of the United States, and good cause appearing therefore, it is this ___ day of January, 2006 hereby

ORDERED that the second paragraph of the Court's Scheduling Order of January 19, 2006, is vacated. All other provisions of the order remain in effect.

                                                _____
                                                CECILIA M. ALTONAGA
                                                UNITED STATES DISTRICT JUDGE

cc:    Karen E. Moore
        Steven E. Amster, Esquire