KEM:ns

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2006 JUN 29 AM 9: 19

CASE NO. 05-22590-CIV-ALTONAGA

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ONE 30' GO-FAST VESSEL
REGISTERED AS FL 5342
AND INVENTORY,

        Defendant.
_____/

## STIPULATION AND SETTLEMENT AGREEMENT

Plaintiff, the United States of America and Claimant, Enrique Herrera, through counsel,

hereby agree to resolve this matter as follows and agree that the following may be entered as the

Order of the Court disposing of this matter:

1.      This is a civil action for forfeiture in rem, in which the United States sought forfeiture

of ONE 30' GO-FAST VESSEL REGISTERED AS FL 5342 AND INVENTORY (the "defendant

vessel"). Forfeiture was sought on the grounds that the defendant vessel was involved in alien-

smuggling activity in violation of 8 U.S.C. § 1324.

2.      Plaintiff filed its Verified Complaint for Forfeiture In Rem against the defendant

vessel on September 27, 2005.

3.      Enrique Herrera, hereafter "Claimant," filed a claim and answer in the instant action.

No other claims have been filed.

4.      After further discussion between the Claimant and the government, the Claimant has

agreed to consent to forfeiture of the defendant vessel to the United States.

5.    The Claimant agrees to release, hold harmless and fully indemnify the United States

of America and all officers, agents or employees of the United States or persons

acting in concert therewith, from any and all claims concerning the seizure and

disposition of the defendant vessel.

6.    Each party further agrees to bear its own expenses, costs and attorneys' fees incurred

at any stage of these proceedings.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


By: _____        By: _____
ENRIQUE HERRERA                         KAREN E. MOORE
Claimant                                ASSISTANT U.S. ATTORNEY
                                        COURT NO. A5500043
                                        99 NE FOURTH STREET
                                        MIAMI, FLORIDA 33132
                                        TEL. NO. (305) 961-9030
                                        FAX NO. (305) 536-4089
                                        Karen.Moore@usdoj.gov


By: _____
STEVEN ROBERT AMSTER
KODSI LAW FIRM
701 W. CYPRESS CREEK ROAD
SUITE 303
F. LAUDERDALE, FL 33309


2