UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-22590-CIV-ALTONAGA

UNITED STATES OF AMERICA

      Plaintiff,

v.

ONE 30' GO-FAST VESSEL
REGISTERED AS FL 5342 EA
AND INVENTORY,

      Defendant.

_____/

### FINAL ORDER OF FORFEITURE

THIS CAUSE came before the Court pursuant to a Stipulation and Settlement Agreement filed by Plaintiff, the United States of America, and Enrique Herrera, the sole Claimant in this action. The Court finds as follows:

Plaintiff has filed a verified complaint for forfeiture, alleging that the defendant vessel was involved in violations of 8 U.S.C. § 1324.

The only claimant who has filed a claim in this action is Enrique Herrera, the registered owner of the vessel.

It appears from the Stipulation and Settlement Agreement that the parties have resolved this matter.

Being otherwise fully advised in the premises and in consideration of the motion for entry of this order and the Stipulation and Settlement Agreement of the parties, and for good cause shown thereby, it is hereby **ORDERED and ADJUDGED:**

    1.    The defendant vessel is hereby forfeited to the United States and all right, title and

interest herein is vested in the United States.

2.      The United States shall dispose of the defendant vessel according to law.

3.      Each party shall bear its own expenses, costs and attorney's fees incurred at any stage of these proceedings.

4.      The Court shall retain jurisdiction to enforce the provisions of the stipulation of the parties.  All other pending motions are denied as moot.

5.      All other potential claimants are hereby held in default.

6.      The Clerk of the Courts is directed to close this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this __14__ day of July, 2006.


_Cecilia M. Altonaga_
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:     Karen E. Moore, AUSA (2 certified copies)

2